IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BILLY RAY MADDOX, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-12-445-D |
| ) | |
| WARDEN UPTON, ) | |
| ) | |
| Respondent. ) | |

**O R D E R**

This matter is before the Court for review of the Report and Recommendation issued by United States Magistrate Judge Gary M. Purcell, recommending the denial of Petitioner's motion to proceed *in forma pauperis* and the dismissal of this habeas action if Petitioner fails to pay the $5.00 filing fee. Within the time period for objections, Petitioner has paid the full filing fee.

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 5] is adopted to the extent that Petitioner's Application to Proceed Without Prepayment of Fees [Doc. No. 2] is DENIED.

IT IS FURTHER ORDERED that the case is re-referred to Judge Purcell for further proceedings consistent with the initial case referral.

IT IS SO ORDERED this 18th day of May, 2012.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE